# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR -8 2008

JAMES W. M<sub>c</sub>CORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **GWENDOLYN MCCULLOUGH** | ) Case No: 4:04CR00291-10 JLH |
| | ) USM No: 23548-009 |
| Date of Previous Judgment: October 26, 2005 | ) Mark Alan Jesse - appointed on March 10, 2008 |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____**100**____ months **is reduced to** ____**83 MONTHS**____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 92 to 115 months | Amended Guideline Range: | 77 to 96 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X** The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated October 26, 2005 shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   April 8, 2008                        _____
                                                                        Judge's signature

Effective Date:   April 8, 2008                   **J. LEON HOLMES, U.S. DISTRICT JUDGE**
(if different from order date)                          Printed name and title